# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-673
Lower Tribunal No. 18-1400-DR

_____

DANIEL KIRSCHNER,

Appellant,

v.

JAMIE KIRSCHNER,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Mary C. Evans, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


Timothy W. Weber, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Jamie Kirschner, Punta Gorda, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED